| | | U.S. PROBATION & PRETRIAL SERVICES |
| --- | --- | --- |
| | | Middle District of Tennessee |
| | | **memorandum** |

| DATE: | January 13, 2014 |
| --- | --- |
| REPLY TO ATTN OF: | Jim Perdue, Deputy Chief U.S. Probation Officer |
| SUBJECT: | **Request to Destroy Evidence** |
| | Re.: Patrick Parker |
| | Docket No.: 3:05-00048-04 |
| TO: | The Honorable Aleta A. Trauger, U.S. District Judge |

On November 28, 2006, the following evidence was seized during the offender's period of supervised release and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
| --- | --- | --- |
| 261 | 1 | Digital Scale |
| 270 | 6 | Small baggies of Marijuana |

Thank you for your time and consideration in this matter.

Approved: _[signature]_
The Honorable Aleta A. Trauger
U.S. District Judge